**In re Chad Dustin TILLMAN.**

No. 2013–1232.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2013.

Jeremy C. Doerre, Tillman Wright, PLLC, of Charlotte, North Carolina, argued for appellant. With him on the brief was Chad D. Tillman.

Joseph Matal, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K.

Kelley, Deputy Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

DYK, MOORE, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.